U.S. District Court
Alabama Middle District (Montgomery)
CRIMINAL DOCKET FOR CASE #: 2:13-cr-00061-MEF-SRW-1

USA

2:13cr61-MEF-01

vs.

TIELMAN ERASMUS

JUDGMENT'S PDF IS A SEALED DOCUMENT